ALEXANDRA MORMILE, ESQ., *pro hac vice*
amormile@grsm.com
One Battery Park Plaza, Floor 28
New York, New York 10004

REID E. DAMMANN (SBN: 249031)
rdammann@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, California 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

JUSTIN HOLMES, ESQ. *pro hac vice forthcoming*
jholmes@grsm.com
Three Logan Square
1717 Arch Street, Suite 610
Philadelphia, Pennsylvania 19103
Attorneys for Defendant
SLICKDEALS, LLC



**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW CHEUNG and NINA HARRIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SLICKDEALS, LLC<br><br>Defendant. | CASE NO. 2:26-cv-00519<br><br>**DEFENDANT SLICKDEALS' NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Assigned to: Hon. Christina A. Snyder<br><br>Hearing Date: June 1, 2026 |

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

**TO THE HONORABLE COURT, TO ALL PARTIES, AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on **June 1, 2026 at 10:00 a.m.** in Courtroom 8D, 8th Floor, of the United States District Court for the Central District of California, located at the First Street United States Courthouse, 350 West First Street, Suite 4311, Los Angeles, California 90012-4565, Defendant SLICKDEALS, LLC ("Defendant" or "Slickdeals") will and hereby does move this Court for an Order dismissing with prejudice all counts against Slickdeals in the Complaint filed by Plaintiffs ANDREW CHEUNG ("Plaintiff CHEUNG") and NINA HARRIS ("Plaintiff Harris") (collectively as "Plaintiffs") on behalf of themselves and all others similarly situated. This Motion is brought pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

This Motion is based on the Notice of Motion and the attached Memorandum of Points and Authorities and upon the papers, records, and pleadings on file herein.

Dated: April 6, 2026 GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Alexandra Mormile*
Alexandra Mormile, Esq. – *pro hac vice*
Reid Dammann, Esq.
Justin Holmes, Esq. – *pro hac vice incoming*
Attorneys for Defendant
SLICKDEALS

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

**CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 7-3**

Pursuant to Local Rule 7-3, the undersigned certifies under penalty of perjury that meet and confer efforts have been exhausted with respect to the instant motion and overall resolution of this matter. On March 25, 2026, counsel for Plaintiffs and Slickdeals met and conferred via video conference, at which time they discussed the merits of the subject motion. Counsel for Slickdeals advised counsel that the motion was being made pursuant to Fed. R. Civ. Pro. 12(b)(1) and 12(b)(6), and in light of the weaknesses in Plaintiffs' Complaint, counsel requested that Plaintiffs' voluntarily discontinued their Complaint. Plaintiffs maintained their Complaint has merit, and therefore, did not consent to discontinue same. As such, the parties were unable to reach a resolution which eliminates the necessity for a hearing on Slickdeals' motion to dismiss.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 6, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By*: /s/ Alexandra Mormile*
Alexandra Mormile, Esq. – *pro hac vice*
Reid Dammann, Esq.
Justin Holmes, Esq. – *pro hac vice incoming*
Attorneys for Defendant
SLICKDEALS